IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAMAR MILLER,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-2786-JMY** |
| | : | |
| **MS. JESSICA MAN,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 12th day of July, 2023, upon consideration of the Motion for Reconsideration of Stamar Richard Miller (ECF No. 11), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case for purposes of consideration of Miller's Motion.

2. The Motion is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

                                              **BY THE COURT:**

                                              **/s/** *John Milton Younge*
                                              **JOHN MILTON YOUNGE, J.**